Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK _____ RPTR/ECRO/TAPE Diana Huntington
TOTAL TIME: 1 hours 36 minutes
DATE: 10/23/17  START TIME: 3:06  END TIME: 4:42
LUNCH RECESS  FROM: _____ TO: _____
RECESS (if more than ½ hr)  FROM: _____ TO: _____

CIVIL NO. 3:16-cv-00148-JAM

Shawn M. Kowalyshyn, et al

vs

Excelsior Ins Co, et al.

Jeffrey R Lindequist
Plaintiff's Counsel

Kieran W Leary, Daniel P. Scapellati
Defendant's Counsel
Carl R. Ficks, Jr.

## COURTROOM MINUTES- CIVIL

☑ Motion hearing  ☐ Show Cause Hearing
☐ Evidentiary Hearing  ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#60 Motion for Summary Judgment ☐ granted ☐ denied ☑ advisement
☑ .....#63 Motion for Summary Judgment ☐ granted ☐ denied ☑ advisement
☐ .....# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ Hearing continued until _____ at _____

Notes: