UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| SHAWN M. KOWALYSHYN and KIM L. KOWALYSHYN, Plaintiffs | |
| v. | Civil Action No. 3:16-cv-00148 (JAM) |
| PEERLESS INSURANCE COMPANY and KEMPER INDEPENDENCE INSURANCE COMPANY, Defendants | May 9, 2018 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' RESPONSE TO MOTION TO STAY

NOW COME the plaintiffs, Shawn M. Kowalyshyn and Kim L. Kowalyshyn, and respond to the defendant, Kemper Insurance Company's, Motion to Stay. The plaintiffs consent to the defendant's request for stay. Should this Honorable Court agree to stay these proceedings, the plaintiffs respectfully request that the stay be lifted within some reasonable time following the earlier of the Connecticut Supreme Court answering the question certified in *Karas v. Liberty Mut. Ins. Co.,* Docket No. 3:13-cv-01836 (SRU) or the Connecticut Supreme Court refusing that certified question.

                                                          **PLAINTIFFS,**
                                                          **SHAWN M. KOWALYSHN and**
                                                          **KIM L. KOWALYSHYN**

                                                          By: */s/ Jeffrey R. Lindequist, Esq.*_____
                                                              Jeffrey R. Lindequist, Esq.
                                                              One Monarch Place, Suite 2220
                                                              Springfield, MA 01144
                                                              (413) 736-4101; Fax (413)736-4582
                                                              jlindequist@mdparkerlaw.com
                                                              Federal Bar #ct29425

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2018, a copy of foregoing Plaintiffs' Response to Motion to Stay was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jeffrey R. Lindequist, Esq.*